**Dennis Edward PHILLIPS,
Plaintiff–Appellant,**

v.

**Marjusri BASU, Nurse Supervisor; Jeff
Walker, Nurse; Dr. Selene Parekh;
Dr. Vincent C. Igoekwe, Defendants–
Appellees,**

and

**Bryan Jones, Lawyer; Sheriff John
McDivett; A.B. Saunders,
Nurse, Defendants.**

No. 12–7787.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2013.

Decided: April 9, 2013.

Dennis Edward Phillips, Appellant Pro Se. Kelly Street Brown, Elizabeth Pharr McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina; Kari Russwurm Johnson, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellees.

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed in part, vacated in part and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Dennis Edward Phillips appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and, as to Defendants Basu, Saunders, Parekh, Igboekwe, McDevitt, and Jones, we find no reversible error. Accordingly, we affirm the judgment as to these parties for the reasons stated by the district court. *Phillips v. Basu,* No. 5:10–ct–03069–D (E.D.N.C. Feb. 1, 2011; Nov. 3, 2011; & Sept. 13, 2012).

As to Defendant Walker, however, we vacate the district court's order dismissing Phillips' claim against him, because the court failed to advise Phillips of its conversion of Walker's motion to dismiss to one for summary judgment. *See* Fed.R.Civ.P. 12(d); *Davis v. Zahradnick,* 600 F.2d 458, 460 (4th Cir.1979) (stating requirements for converting Fed.R.Civ.P. 12(b)(6) motion to summary judgment motion). The court also failed to sufficiently apprise Phillips of his rights under *Roseboro v. Garrison,* 528 F.2d 309, 310 (4th Cir.1975).

Accordingly, we vacate the district court's judgment in favor of Walker and remand for further proceedings.* We deny Phillips' motions to voluntarily dismiss Jones from the appeal, to file an attachment to his informal brief, and for an emergency stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART, VACATED IN PART, AND REMANDED.*

---

* By this disposition, we indicate no view as to the outcome of the proceedings on remand.